IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT JOHNSON,

    Plaintiff,                          No. 2:13-cv-0144 JFM (PC)

    vs.

JEYSEN RELVES, et al.,

    Defendants.                  <u>ORDER</u>

                                /

        Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action alleging claims under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This court will not rule on plaintiff's application to proceed in forma pauperis.

        The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as

/////

1  provided in this action, any judicial district in which any defendant is subject to the court's
2  personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).
3    In this case, none of the defendants reside in this district. The claim arose in
4  Santa Barbara County, which is in the Central District of California. Therefore, plaintiff's claim
5  should have been filed in the United States District Court for the Central District of California.
6  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
7  correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
8  1974).
9    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
10 United States District Court for the Central District of California.
11 DATED: February 6, 2013.

<br>

          *[signature]*
          UNITED STATES MAGISTRATE JUDGE

12
john0144.21